**UNITED STATES DISTRICT COURT**

**EASTER DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Alicia Bravo, | Case No. 2:22-cv-01782-DMC |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from March 24, 2023 to May 23, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Good cause exists for the requested extension. For the weeks of March 20, 2023 and March 27, 2023, Counsel currently has 10 merit briefs, and several letter briefs and reply briefs. Additional time is needed to thoroughly brief this matter for the Court.

Additionally, undersigned Counsel is currently in Texas caring for her terminally ill father as Counsel is a primary caregiver.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated:       February 28, 2023       PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff

Dated: February 28, 2023       PHILLIP A. TALBERT
United States Attorney
Mathew W. Pile
Associate General Counsel
Office of Program Litigation, Office 7

By:  *\*/s/ Geralyn A. Gulseth*
Geralyn A. Gulseth
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on Feb. 28, 2023)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  March 22, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE