```
PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
        Office of the General Counsel
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: (877) 833-2445
        E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA BRAVO, | Case No.: 2:22-CV-01782 |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 7, 2023, up to and including August 7, 2023.  This is the Defendant's first request for an extension.

Defendant requests this extension in order to further consider the 832 page administrative record in light of the issues raised in Plaintiff's motion.  The undersigned has a number of competing deadlines in disability cases pending in this district, as well as in the Second Circuit Court of Appeals, the District of Oregon, the District of Connecticut, and the Eastern District of New York.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                              Respectfully submitted,

Dated: July 6, 2023  /s/ *Dolly Trompeter\**
(*as authorized via e-mail on June 29, 2023)
DOLLY TROMPETER
Attorney for Plaintiff

Dated: July 6, 2023  PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:  /s/ *Erin A. Jurrens*
ERIN A. JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 7, 2023, to respond to Plaintiff's Motion for Summary Judgment.

Dated: July 6, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE